# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TERROCO INDUSTRIES LTD. | § § | |
| vs. | § § | CASE NO. 2:07-CV-437 |
| AMERICAN HOME ASSURANCE COMPANY | § § § | |

## MEMORANDUM ORDER

The above-titled and numbered civil action was heretofore referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge, which contains his recommendation for the disposition of defendant's motions (Dkt. No. 8, 14, and 16) have been presented for consideration. No objections were filed to the Report and Recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the court denies the defendant's motions.

SIGNED this 30th day of March, 2009.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE