UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TERROCO INDUSTRIES LTD. | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-437-TJW-CE |
| | § | |
| AMERICAN HOME ASSURANCE | § | |
| COMPANY ET AL. | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 80), which contains his recommendation, has been presented for consideration. No objections were filed to the Report and Recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the plaintiff's motions for entry of default (Dkt. Nos. 74 & 79) against the defendant Joe B. Adkinson d/b/a B.J. Farm, Inc. are GRANTED.

SIGNED this 15th day of March, 2010.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE